

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
FEB 15 2005
GREGORY C. LANGHAM
CLERK

Civil Action No. 03-N-1911 (CBS)

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

v.

PHASE II COMPANY, INC., d/b/a Phase 2 Company
        Defendant

## JOINT MOTION BY THE PARTIES FOR ENTRY OF DISMISSAL

Plaintiff Equal Employment Opportunity Commission ("EEOC" or Commission) and Defendant Phase II Company, jointly and respectfully move the Court to enter a dismissal of this action in line with the Consent Decree approved by the Court [Dk# 46] and this Court's Order of January 28, 2005. A proposed order of dismissal is filed concurrently.

The parties advise the Court that checks distributing the class shares, as approved by this Court, were mailed to eligible class members on February 11, 2005, in line with the Consent Decree entered in this action.

February 15, 2005

Respectfully submitted,

JOSEPH H. MITCHELL
Regional Attorney
Denver District Office

NANCY A. WEEKS
Supervisory Trial Attorney

Joint Motion for Entry of Dismissal
C.A. No. 03-N-1911 (CBS)

page 1

Case No. 1:03-cv-01911-EWN-CBS   Document 57   filed 02/15/05   USDC Colorado   pg 2 of 3

02-15-05   14:31   From-EEOC Denver                    3038661375              T-738   P.005/006   F-732
02/15/05  12:06 FAX 303 534 5036    STETTNER MILLER COHN          T-795   P.004/005   ☒003
                                        3038661375                                    F-726
02-15-05   10:52   From-EEOC Denver

_____
LYNN L. PALMA
Trial Attorney
RITA BYRNES KITTLE
Trial Attorney

EEOC Denver District Office
303 E. 17th Ave., Suite 510
Denver, CO 80203
(303) 866-1374

ATTORNEYS FOR PLAINTIFF EEOC


_____
Kenneth Richard Stettner
Susan M. Schaecher
Brent P. Benrud
Stettner, Miller and Cohn, P.C.
1380 Lawrence St. Ste. 1000
Denver, Colorado 80204
(303)534-0273

ATTORNEYS FOR DEFENDANT PHASE II

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1 and D.C.COLO.LCrR 49.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and no longer than ten pages, including all attachments, may be filed with the clerk by means of facsimile during a business day. Upon receipt of a facsimile filing, the clerk will make the copies required under D.C.COLO.LCivR 10.1L and D.C.COLO.LCrR 49.3L. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1.  Date of transmission: 02/15/05

2.  Name of attorney or *pro se* party making the transmission: Lynn L Palma

    Facsimile number: 303-866-1375     Telephone number 303-866-1374

3.  Case number, caption, and title of pleading or paper:
Civil Action Number 03-N-1911(CBS)
Equal Employment Opportunity Commission, Plaintiff, v.
Phase II Company, Inc., d/b/a Phase 2 Company, Defendant.

(1) JOINT MOTION For Entry of Dismissal, 2 pages
(2) Proposed Order, 1 page

4.  Number of pages being transmitted, including the facsimile cover sheet: 6

Instructions, if any: Please return a date-stamped copy of the first page of each pleading via facsimile. Thank you.

(Rev. 04/16/02)